# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:23-MJ-00117-JAG |
| AUSTYN MICHAEL DAVIS | ) |

## CRIMINAL COMPLAINT

I, Andrew Creese, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 11, 2023, in the county of Spokane in the Eastern District of Washington, the defendant, AUSTYN MICHAEL DAVIS, violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 751(a), 4082(a) | Escape From the Custody of the Attorney General |

This complaint is based on these facts:

☑ Continued on the attached sheet.

**ANDREW CREESE**
Digitally signed by ANDREW CREESE
Date: 2023.03.24 14:56:48 -07'00'

*Complainant's signature*
Andrew Creese, US Marshals Service

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: March 24, 2023

*Judge's signature*
James A. Goeke,, United States Magistrate Judge

City and state: Spokane, Washington

*Printed name and title*