Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-42-RMP |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 751(a), 4082(d) |
| AUSTYN MICHAEL DAVIS, | Escape from Custody |
| Defendant. | |

The Grand Jury charges:

On or about March 11, 2023, in the Eastern District of Washington, the Defendant, AUSTYN MICHAEL DAVIS, did knowingly and willfully escape from custody at the Spokane Residential Re-Entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of any process, to wit, a judgment and commitment of the United States District Court for the Eastern District of Washington upon conviction for the commission of Felon and Unlawful User of a Controlled Substance in Possession of Firearm and Ammunition, cause number 2:20-CR-00185-RMP-1, in violation of

INDICTMENT – 1

1  18 U.S.C. §§ 922(g)(1), (3), 924(a)(2), all in violation of 18 U.S.C. §§ 751(a),
2  4082(d).
3
4       DATED this 4 day of April, 2023.
5                                                    A TRUE BILL
6
7
8                                                    
9
10
11  Vanessa R. Waldref
12  United States Attorney
13
14  _____
15  Ian Garriques
16  First Assistant United States Attorney
17
18  _____
19  Ann T. Wick
20  Assistant United States Attorney
21
22
23
24
25
26
27
28

INDICTMENT – 2